IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENDALL JONES,** | : | **CIVIL NO. 1:15-CV-1442** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **LAUREL HARRY, JENNIFER DIGBY, JOHN WITZEL,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 10th day of August, 2015, in accordance with the memorandum of same date, it is hereby ORDERED that:

1. The motion (Doc. 2) to proceed *in forma pauperis* is construed as a motion to proceed without full prepayment of fees and costs and is GRANTED.

2. Plaintiff shall FILE an amended complaint on or before September 9, 2015.

3. The amended complaint shall contain the same case number that is presently assigned to this action, 1:15-CV-1442, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. See FED. R. CIV. P. 8(d).

4. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of court and will result in dismissal of the complaint. See FED. R. CIV. P. 20.

  /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania